**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE H.,<br><br>            Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. 8: 23-cv-00068-JWH (DFM)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge.  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court **ACCEPTS** the findings, conclusions, and recommendations of the United States Magistrate Judge.  It is therefore **ORDERED** that Judgment shall be entered **AFFIRMING** the ALJ's denial of benefits and **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

Dated: December 12, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE