JS-6

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE H.,<br><br>          Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting<br>   Commissioner of Social Security,<br><br>          Defendant. | Case No. 8: 23-cv-00068-JWH (DFM)<br><br>**JUDGMENT** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      The ALJ's denial of benefits is **AFFIRMED**.

2.      This action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: _December 12, 2023_

John W. Holcomb
UNITED STATES DISTRICT JUDGE